United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 2, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-10816
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JIMMY MICHAEL CORK,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:06-CR-2-1
--------------------

Before HIGGINBOTHAM, WIENER, and PRADO, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Jimmy Michael
Cork preserves for further review his contention that his
sentence is unreasonable because it does not adequately consider
his history and characteristics pursuant to 18 U.S.C.
§ 3553(a)(1) and because the sentence is greater than necessary
to comply with the purposes of sentencing set forth in
§ 3553(a)(2).  Cork concedes that his argument is foreclosed by
United States v. Mares, 402 F.3d 511 (5th Cir.), cert. denied,
126 S. Ct. 43 (2005), and its progeny, which have outlined this

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court's methodology for reviewing sentences for reasonableness. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.